118 A.3d 384

**Patrick J. HOPKINS, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA, and District Attorney of Philadelphia County, PA, Respondents.**

**No. 57 EM 2015.**

Supreme Court of Pennsylvania.

June 29, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of June, 2015, the Application for Leave to File Original Process and the Petition for Extraordi-

nary Relief and/or Habeas Corpus Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (providing that hybrid representation is improper). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.